UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROLAND SAINTLOT,

    Plaintiff,

v.    Case No. 3:18cv226-MCR-CJK

SERGEANT JOHNSON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On February 6, 2018, the undersigned entered an order (doc. 3) advising plaintiff's "complaint" was deficient in that it was not filed on the required Northern District form and noting plaintiff had neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis*. The undersigned directed the clerk of court to forward plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis* and a § 1983 complaint form, directed plaintiff to either file the completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee and file an amended complaint within 30 days, and advised that, should plaintiff fail

to comply with the order as instructed, the undersigned would recommend the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

On March 8, 2018, plaintiff filed a motion for an extension of time in which to comply with the court's order; he also requested a copy of his "complaint." *See* doc. 4. The undersigned granted the motion (doc. 5) and allowed plaintiff an additional 30 days in which to comply. The undersigned also directed the clerk of court to provide plaintiff a copy of his "complaint." After more than 30 days passed and plaintiff had not filed an amended complaint or *in forma pauperis* motion, the undersigned entered an order (doc. 6) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has not responded to the order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

Case No. 3:18cv226-MCR-CJK

At Pensacola, Florida this 8th day of May, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**